JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

    450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3 09 70787 BZ |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL APPEARANCE** |
| | ) | |
| DANIEL COCHICO, | ) | |
|     Defendant. | ) | |

    The defendant, DANIEL COCHICO, has been ordered to appear before the Honorable Elizabeth D. LaPorte, U.S. Magistrate Judge, on October 27, 2009, at 9:30 a.m. for preliminary hearing or initial appearance on an indictment.  The parties are discussing agreeing to the filing of an information in lieu of an indictment and hereby agree and respectfully request that Mr. Cochico's next appearance may be continued to November 13, 2009, at 9:30 a.m. before the Honorable James Larson, U.S. Magistrate Judge.  Mr. Cline represents that he has advised Mr. Cochico of this Stipulation and Proposed Order and that Mr. Cochico has agreed to appear on

November 13, 2009, as set forth herein and agrees to waive time for preliminary hearing or

indictment pursuant to Rule 5.1(c) and (d).  The parties further agree and stipulate that the

additional time is appropriate and necessary under Title 18, United States Code, § 3161(b) and

(h)(7)(A) and (B)(iv), because the ends of justice served by this continuance outweigh the best

interest of the public and the defendant in filing an information or indictment within the time set

forth in 18 U.S.C. § 3161(b).  This time exclusion will allow government and defense counsel to

effectively prepare, taking into account the exercise of due diligence, and will provide for

continuity of counsel for the defendant.


DATED: October 26, 2009            _____  _____
                                   /s/
                                   JOHN CLINE
                                   Counsel for Defendant


DATED: October 26, 2009            _____
                                   /s/
                                   JEFFREY R. FINIGAN
                                   Assistant U.S. Attorney


## **ORDER**

For the reasons stated by the parties herein, it is hereby ORDERED that the appearance

for defendant, DANIEL COCHICO, is **CONTINUED** from October 27, 2009, at 9:30 a.m. to

November 13, 2009, at 9:30 a.m. before the Honorable James Larson, U.S. Magistrate Judge and

that time is excluded pursuant to Rule 5.1(d) and 18 U.S.C. § 3161.


DATED:  October 26, 2009           _____
                                   ELIZABETH D. LAPORTE
                                   UNITED STATES MAGISTRATE JUDGE

